UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE<br><br>THE PETITION OF THEO BULLMORE AND SIMON WHICKER AS JOINT OFFICIAL LIQUIDATORS FOR NATIONAL WARRANTY INSURACE RISK RETENTION GROUP, D/B/A NATIONAL WARRANTY INSURANCE COMPANY AND NATIONAL WARRANTY INSURANCE GROUP,<br><br>DEBTOR IN FOREIGN PROCEEDINGS. | CASE NO. BK 03-42142<br><br>IN AN ANCILLARY CASE UNDER SECTION 304 OF THE BANKRUPTCY CODE |

## APPLICATION AND AFFIDAVIT FOR PAYMENT OF UNCLAIMED FUNDS

Daniel E. Taets, President of Northst*r Auto Sales, Inc. ("Claimant"), being duly sworn, applies for payment of unclaimed funds and states in support thereof:

1. Claimant, an Iowa corporation, is a claimant of the above-named Debtor.

2. The Debtor was adjudged a debtor in the United States Bankruptcy Court for the District of Nebraska in the above-captioned case.

3. Pursuant to this Court's Order to Pay Funds to Court Clerk dated November 19, 2010 (the "Order"), certain funds that were maintained by the Debtor prior to its liquidation for the benefit of certain car dealerships with which the Debtor did business were paid over to the Clerk of the Bankruptcy Court as unclaimed funds (the "Fund").

4. Exhibit A to the Order states that $5,276.85 of the Fund (the "Claim") belongs to the Claimant.

6. The Claim has not been sold or assigned, and it is still the property of Claimant.

*11-20*
*$5276.85*
*North Star Auto Sales Inc*

THERFORE, the Claimant requests the Clerk of the U.S. Bankruptcy Court to be directed to pay $5,276.85 from the Fund to the Claimant at the address listed below.

Respectfully submitted,

NORTHST*R AUTO SALES, INC.

By _____
Name  Daniel E. Taets
Title  President

Address:  1633 West Kimberly Road
          Davenport, Iowa 52806
Phone:    (563) 391-1633

Subscribed and sworn to before me this 22 day of February, 2011.

_____
Notary Public in and for the
State of Iowa

Original Application and supporting documentation mailed to:

United States Bankruptcy Court
Attn:  Financial Administrator
111 So. 18th Plz., Ste. 1125
Omaha, NE 68102-1321

WENDY L. WEISVIRCHER
Commission Num... 734657
My Commission...
January 4, ____

2013

Copies of Application and supporting documentation mailed to:

United States Attorney
Attn:  Laurie Barrett
1620 Dodge Street, #1400
Omaha, NE 68102-1506

2

# VERIFICATION OF AUTHORITY

      I, Daniel E. Taets, state that I am the President, Director, and sole Shareholder of **Northst*r Auto Sales, Inc.**, an Iowa corporation (the "Corporation"), and that I am authorized on behalf of the Corporation to submit the enclosed Application and Affidavit for Payment of Unclaimed Funds to the United States Bankruptcy Court for the District of Nebraska and collect the unclaimed funds noted at Entry No. 31 of Exhibit A to the Order to Pay Funds to Court Clerk dated November 19, 2010, a copy of which is attached. A copy of the Corporation's Certificate of Existence issued by the Iowa Secretary of State is also attached.

                                                              Daniel E. Taets, President of
                                                              Northst*r Auto Sales, Inc.

---

Subscribed and sworn to before me this 22 day of February, 2011.

                                                              Notary Public in and for the
                                                              State of Iowa



WENDY L. WEISKIRCHER
Commission Number 744657
My Commission Expires
January 4, ~~2010~~ 2013

# IOWA SECRETARY OF STATE
# MATT SCHULTZ



Date: 2/18/2011

## CERTIFICATE OF EXISTENCE

Name: NORTHST*R AUTO SALES, INC. (490 DP - 218900)
Date of Incorporation: 7/2/1998
Duration: PERPETUAL

     I, Matt Schultz, Secretary of State of the State of Iowa, custodian of the records of incorporations, certify that the corporation named on this certificate is in existence and was duly incorporated under the laws of Iowa, that all fees required by the Iowa Business Corporation Act have been paid by the corporation, that the most recent biennial corporate report required has been filed by the Secretary of State, and that articles of dissolution have not been filed.

Certificate ID: **CS50485**

To validate certificates visit:
**www.sos.state.ia.us/ValidateCertificate**

Matt Schultz
Iowa Secretary of State

# IOWA SECRETARY OF STATE
# MATT SCHULTZ



## Certificate Validation

The following certificate was issued by the Iowa Secretary of State:

Certificate ID: CS50485

Validation Date: 2/18/2011

Date: 2/18/2011

### CERTIFICATE OF EXISTENCE

Name: NORTHST*R AUTO SALES, INC. (490 DP - 218900)
Date of Incorporation: 7/2/1998
Duration: PERPETUAL

    I, Matt Schultz, Secretary of State of the State of Iowa, custodian of the records of incorporations, certify that the corporation named on this certificate is in existence and was duly incorporated under the laws of Iowa, that all fees required by the Iowa Business Corporation Act have been paid by the corporation, that the most recent biennial corporate report required has been filed by the Secretary of State, and that articles of dissolution have not been filed.

Matt Schultz
Iowa Secretary of State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re ) | |
| ) | Case No. BK 03-42145 |
| The Petition of Theo Bullmore and Simon ) | |
| Whicker as Joint Official Liquidators for ) | |
| NATIONAL WARRANTY INSURANCE ) | |
| RISK RETENTION GROUP, d/b/a National ) | In an Ancillary Case |
| Warranty Insurance Company and National ) | Under Section 304 |
| Warranty Insurance Group, ) | of the Bankruptcy Code |
| ) | |
| Debtor in Foreign Proceedings. ) | |

**ORDER TO PAY FUNDS TO COURT CLERK**

This matter comes before the Court on the Joint Official Liquidators' Motion for Order to Pay Funds to Court ("Motion"). (Filing 420). The particular funds in question are not property of the estate, but were maintained in a segregated account by the Debtor prior to its liquidation for the benefit of certain car dealerships with which the Debtor did business. The Joint Official Liquidators ("JOLs") have maintained control over the funds and have made repeated efforts to return such funds to the dealerships to which the funds belong. (*See* filings 243, 270, 407.)

The Motion recited that $132,434.76 remained unclaimed. Since filing the Motion, the JOLs have distributed an additional $14,190.47 to one dealership. Accordingly, despite the JOLs' efforts, a total of $ 118,244.29 remains unclaimed at this time, as set forth on Exhibit A.

The JOLs have requested that those remaining funds be paid over to the Clerk of the Bankruptcy Court as unclaimed funds. The Court finds and hereby orders that the Motion should be granted.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the JOLs shall pay to the Clerk of the Bankruptcy Court, and the Clerk of the Bankruptcy Court shall receive, the unclaimed funds totaling $118,244.29.

Dated: __November 19__, 2010.

_____
United States Bankruptcy Judge

369659

| EXHIBIT A – Page 1 of 3 ||||||
|---|---|---|---|---|---|
| | Name | Address | City | Zip | State | Amount |
| 1 | Alhambra Pontiac | 2121 West Main St. | Alhambra | 91801 | CA | $ 2,211.27 |
| 2 | Anderson Toyota Suzuki | 4195 Stockton Hill Road | Kingman | 86401 | AZ | 935.77 |
| 3 | Auto Crosxing | 1303 S. Broadway Box 2096 | Minot | 58702 | ND | 963.58 |
| 4 | Betcher Motors | 13690 Amargosa | Victorville | 92392 | CA | 1,594.38 |
| 5 | Bob Weber Auto Mart | 2200 Douglas Ave. | Racine | 53402 | WI | 1,410.60 |
| 6 | Brinks Auto Sales | Us Route 5 North 538 Memorial Dr | Saint Johnsburg | 05819 | VT | 3,058.63 |
| 7 | Brown & Brown Nissan - Mesa | 1701 W. Broadway | Mesa | 85202 | AZ | 1,889.41 |
| 8 | Desert VW/Audi Las Vegas | 2025 S. Decanter | Las Vegas | 89146 | NV | 190.73 |
| 9 | Dorman Olds Cadillac GMC Truck | 1000 Interstate Dr. | Dunn | 28334 | NC | 173.84 |
| 10 | El Dorado Chrysler Plymouth Lincoln Mercury | 4101 Wild Chaparrel Dr. | Shingle Springs | 95682 | CA | 173.84 |
| 11 | Elhart Pontiac | 822 Chicago Dr. | Holland | 49422 | MI | 1,080.80 |
| 12 | Fairgrounds Motors LLC | P.O. Box 548 | Cuba | 65453 | MO | 3,741.08 |
| 13 | First Choice Auto | 7004 East Sprague | Spokane | 99212 | WA | 4,535.78 |
| 14 | Fleet Depot Inc | 395 Washington Ave. | Bridgeville | 15017 | PA | 1,102.65 |
| 15 | G&J Wholesales | 10 Shackleford Plaza #210 | Little Rock | 72211 | AR | 74.50 |
| 16 | G&S Auto Sales | 1409 Roebuck Dr. | Meridian | 39301 | MS | 241.39 |

369659

| | EXHIBIT A – Page 2 of 3 | | | | | |
|---|---|---|---|---|---|---|
| 17 | Gary Miller Chrysler Plymouth | 5746 Peach Street | Erie | 16509 | PA | 1,127.49 |
| 18 | George Ballas Buick GMC | 5715 West Central | Toledo | 43615 | OH | 1,329.15 |
| 19 | Go Motors | 3720 Walnut Street | Boulder | 80301 | CO | 1,307.29 |
| 20 | Henry Valencia Motors | 613 Paseo De Onate | Espanola | 87532 | NM | 315.90 |
| 21 | Houston Wholesale Inc | 4718 Lomas Ne | Albuquerque | 87110 | NM | 4,746.38 |
| 22 | Jefferson City Highway Credit Union | 3124 W. Edgewood | Jefferson City | 65109 | MO | 1,683.78 |
| 23 | Jim Rydell Chevrolet | P.O. Box 2306 | Waterloo | 50704 | IA | 1,304.31 |
| 24 | Johnnys Truck & Auto Center | 500 N. Highway 52 | Moncks Corner | 29461 | SC | 4,683.80 |
| 25 | Lancaster Toyota Mazda | 5270 Manheim Pike | East Petersburg | 17520 | PA | 4,928.17 |
| 26 | Lexus Of Oklahoma City | 700 W. Memorial | Oklahoma City | 73114 | OK | 4,539.76 |
| 27 | Lou Grubb Chevrolet Camel Back | 27th Avenue West Camel Back | Phoenix | 85061 | AZ | 71.52 |
| 28 | National Dodge | 2223 N Marine Blvd | Jacksonville | 28546 | NC | 754.97 |
| 29 | Neil Huffman Nissan | 4311 Shelbyville Road | Louisville | 40207 | KY | 806.63 |
| 30 | Niello Acura Porsche | 4609 Madison Ave. | Sacramento | 95841 | CA | 1,057.95 |
| 31 | North Star Auto Sales Inc | 1633 West Kimberly Road | Davenport | 52806 | IA | 5,276.85 |

369659

|  | | | | | | |
|---|---|---|---|---|---|---|
| **EXHIBIT A – Page 3 of 3** | | | | | | |
| 32 | Pfeiffer 84th Street Used Cars | 8250 Pfeiffer Farms | Byron Center | 49315 | MI | 1,204.97 |
| 33 | Pompey Dodge | 303 Wyoming Ave. | Kingston | 18704 | PA | 71.52 |
| 34 | Putnam Feldman Chevrolet Buick | P O Box 249 | Winchendon | 01475 | MA | 1,118.55 |
| 35 | Raincross Auto Sales | 247 W La Cadena Dr. | Riverside | 92501 | CA | 943.71 |
| 36 | Ray Price Ford | Route 940 | Mt Ponoco | 18344 | PA | 1,859.61 |
| 37 | Roberts Murray Motors / John Rector Motors | 1550 West Arrow | Marshall | 65340 | MO | 175.83 |
| 38 | Rusty Eck Ford | 7310 East Kellogg | Wichita | 67207 | KS | 467.88 |
| 39 | San Diego Auto Connection | 8085 Clairemont Mesa Blvd | San Diego | 92111 | CA | 865.24 |
| 40 | Stan & Glenns Truck Sales | P.O. Box 386 | Louisa | 41230 | KY | 1,585.44 |
| 41 | Steinys Cars & Trucks Inc | 2 South High Street | Chillicothe | 45601 | OH | 696.36 |
| 42 | Sterling McCall Lexus | 10422 Southwest Freeway | Houston | 77074 | TX | 2,966.24 |
| 43 | Toyota of Yakima | 914 South Street | Yakima | 98901 | WA | 5,532.14 |
| 44 | Triple H Auto Sales | 7141 Theodore Dawes Road | Theodore | 36582 | AL | 1,678.82 |
| 45 | Warwick Auto Sales Inc | 147 West Montauk Highway | Lindenhurst | 11757 | NY | 1,895.37 |
| 46 | William Buick | 6750 W 95th Street | Oak Lawn | 60453 | IL | 28,162.40 |
| 47 | William Chevrolet Geo | 8650 South Commercial | Chicago | 60617 | IL | 11,708.01 |
| | **Total** | | | | | $ 118,244.29 |

369659

JOAN U. AXEL
CHARLES R. COULTER
PATRICK W. DRISCOLL
TRISTA L. FOSTER*
STEVEN J. HAVERCAMP*
STEVEN T. HUNTER
ERIC M. KNOERNSCHILD
DANIEL P. KRESOWIK*
DAVID J. MELOY
CURT A. OPPEL
ANGELA N. REIER*
JON B. SIEVERS
TIARR D. SWEERE*
WENDY L. YOUNG

OF COUNSEL
 ROBERT D. LAMBERT, P.C.*
 ROBERT L. LANDE
 ROGER L. LANDE
 CLEMENS (CAL) A. WERNER, JR.

* ALSO ADMITTED IN ILLINOIS

# STANLEY, LANDE & HUNTER
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

SUITE 900
201 WEST SECOND
DAVENPORT, IOWA 52801

WWW.SLHLAW.COM

PHONE 563/324-1000   FAX 563/326-6266

February 23, 2011

SUITE 900
201 WEST SECOND
DAVENPORT, IOWA 52801
FAX: 563/326-6266
563/324-1000

SUITE 400
301 IOWA AVENUE
MUSCATINE, IOWA 52761
FAX 563/263-8775
563/264-5000

SUITE 200
2201 GRANTVIEW DRIVE
CORALVILLE, IOWA 52241
FAX 319/248-9001
319/248-9000

*Writer's e-mail address:*
*wyoung@slhlaw.com*

United States Bankruptcy Court
Attn: Financial Administrator
111 So. 18th Plz., Ste. 1125
Omaha, NE 68102-1321

United States Attorney
Attn: Laurie Barrett
1620 Dodge Street, #1400
Omaha, NE 68102-1506

To whom it may concern:

RE: **RECOVERY OF UNCLAIMED FUNDS**

We represent Northst*r Auto Sales, Inc., an Iowa corporation ("Claimant") with regard to the enclosed Application and Affidavit for Payment of Unclaimed Funds.

Pursuant to an Order to Pay Funds to Court Clerk entered on November 19, 2010 ("Order"), in Case No. BK 03-42145, certain funds were classified as unclaimed and paid over to the Clerk of Bankruptcy Court. Claimant's amount of the unclaimed funds, $5,276.85, is noted at Entry 31 on Exhibit A to the Order. A copy of the Order is enclosed.

We submit the enclosed Application and Affidavit for Payment of Unclaimed Funds and Verification of Authority, which have been signed by the Claimant's president and sole shareholder, to recover the funds. We also enclose a Certificate of Existence issued by the Iowa Secretary of State for verification of the corporation.

Please contact us if you need additional information to process this claim. Thank you for your assistance with this matter.

United States Bankruptcy Court  
United States Attorney

February 23, 2011

Best regards.

          Very truly yours,

          STANLEY, LANDE & HUNTER

          By *Wendy L. Young*  
                 Wendy L. Young

WLY/cjh  
D5326-1  
Encs.  
cc: Daniel E. Taets (w/ copy of encs.)